UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  21-cr-596 (BAH)-1

CARLA KRZYWICKI

RESPONSE TO MINUTE ORDER

Counsel for Carla Krzywicki, after consultation with the defendant, advises this honorable Court, this photo and video evidence may be made publicly available without restriction.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq. #273276
Appointed by the Court for Carla Kryzwicki
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com