

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 21-cr-596-1 (BAH) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| v. | : | |
| CARLA KRZYWICKI, | : | |
| Defendant. | : | |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Carla Krzywicki, with the concurrence of her attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Krzywicki's Participation in the January 6, 2021, Capitol Riot*

8. Krzywicki travelled with her mother and co-defendant, Jean Lavin, from Connecticut to Washington, D.C. on January 6, 2021 to attend the rally for then-President Trump at the Ellipse. They arrived in Washington, D.C. at approximately 1 p.m. and followed the crowd to the Capitol. Krzywicki and her mother entered the Capitol grounds at approximately 1:22 p.m. after going around a pedestrian barricade. On the Capitol grounds, Krzywicki observed tear gas being deployed and heard explosions from percussion grenades used by police to keep the rioters back. At approximately 2:16 p.m., Krzywicki and her mother climbed a bike

rack that rioters had repurposed from barricades to ladders and placed against the Capitol terraces, allowing them to access the Capitol building. As Krzywicki approached the Senate Wing Door, she observed the door and the windows near the door were already damaged.

9. Upon entering the Capitol through the Senate Wing Door at approximately 2:24 p.m., Krzywicki and Lavin turned right and proceeded into the Capitol Crypt, where a line of police officers was blocking people from proceeding further. The crowd in the Crypt pushed past the police officers and Krzywicki and Lavin proceeded to the Crypt Lobby, down to Orientation Lobby, but then returned to the Crypt Lobby at approximately 2:46 p.m. and then to the Crypt at approximately 2:47 p.m.

10. Krzywicki and Lavin returned to the Northwest Corridor at approximately 2:48 p.m., where they witnessed the violent second breach of the Senate Wing Door by rioters. Krzywicki took a photo of the Northwest Corridor and posted it to Facebook with the caption, "this is history. we do not go burning down your city and stealing from your business. we come for the government officials that are running our country. we go straight to the source. change needs to happen. that is our house and you work for us." Krzywicki later deleted this Facebook post after she realized it was a bad idea to leave it up.

11. Krzywicki and Lavin exited the Capitol through the Senate Wing Door at approximately 2:56 p.m. Krzywicki knew at the time she entered the U.S. Capitol Building that that she did not have permission to enter the building and Krzywicki paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Douglas G. Collyer*
Douglas G. Collyer
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Carla Krzywicki, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12-18-21

Carla Krzywicki
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12-18-21

Heather Shaner, Esq.
Attorney for Defendant