**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-cr-596-1 (BAH)** |
| **v.** | **:** | |
| | **:** | |
| **CARLA KRZYWICKI,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## SUPPLEMENTAL NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Carla Krzywicki, by and through her attorney, Heather Shaner, in accordance with Local Rule 49(e)(1), hereby files this supplemental notice of filing of the following exhibits which are incompatible with CM/ECF filing.  The items are one digital video that is exhibit 13, which will be referenced by the government in its sentencing memoranda and published at the time of sentencing.  The parties have no objection to the public release of this exhibit.  The government will make the following video exhibit available to the Court electronically:

| Exhibit No. | File Name | Source | Time | Length |
|---|---|---|---|---|
| 13 | Exhibit 13- West Plaza AFO clip.mp4 | MPD body-worn camera | Approx. 1:59 pm to 2:00 pm | 1 minute, 4 second video |

2

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     */s/ Douglas G. Collyer*
        DOUGLAS G. COLLYER
        Assistant United States Attorney (Detailee)
        NDNY Bar No. 519096
        United States Attorney's Office
        14 Durkee Street, Suite 340
        Plattsburgh, NY 12901
        Douglas.Collyer@usdoj.gov


By:      /s/
        H. HEATHER SHANER
        Counsel for Ms. Krzywicki
        DC Bar No. 273276
        1702 S Street N.W.
        Washington, D.C. 20009
        (202) 265-8210
        hhsesq@aol.com