Your Honor,

 I am writing this letter regarding the character of Carla Krzywicki. My name is Taylor Goulet, I am 24 years old and have been a General Manager for almost 4 years now. In September of 2021 I was transferred to the Wendy's in Colchester Connecticut where I had the pleasure of meeting Carla Krzywicki for the first time. She came in for her interview and was hired that same day. I was certain she would make a great addition to the team.

 Carla is a genuinely friendly person, as a result I decided to train her on front counter. I wanted the customers to be greeted by someone who was happy and had a welcoming smile. I was impressed with how quickly Carla learned and how much effort she put in to making the customers happy. After just a few weeks the store had an inspection and Carla was on front counter taking orders. The man doing the inspection was so impressed with how friendly Carla was he suggested promoting her to management in the future.

 Carla continued to impress me and started to learn other positions. Within a few weeks, due to her consistent hard work, she was promoted to an Open/Close manager. She became responsible and in charge of the store when I wasn't there. She was given keys to the restaurant as well as all the codes to the safe and her own alarm code. On my days off I knew the store would be successful because she was there taking care of the customers and making sure everything ran smoothly.

 Over these past few months Carla has become my right hand. On March 28th 2022 she was promoted once again to Kitchen Manager. She continues to work hard and grow in the company making a career out of it.  She now has more responsibilities and I continue to trust her with more every day.

 In addition, Carla is always offering to help clean, she once spent over an hour outside cleaning up trash in the parking lot, once again ensuring the customers have an overall pleasant experience. She consistently helps me clean and organize the shelves and does so without me asking.

 Although I have only known Carla for a few months, I do know that she is genuinely friendly, a hard worker, and trustworthy. She continues to impress me everyday and has become an important asset to my team, and I am thankful to have her as an employee.

 Sincerely,

  Taylor Goulet