# Contemporary Computer Consultants
22 Haley Road
Uncasville, CT 06382
860-608-0237

April 6, 2022

Re: Carla Krzywicki

To Whom It May Concern:

Personally, I have known Carla Krzywicki for over ten years. I have witnessed her growth and development through childhood to the mature young lady that she is today.

Carla's father and grandfather are very good friends of mine and Carla does indeed reflect the respect and love for people as engendered by her parents and grandfather.

During my association with the family, I have observed that Carla is of high moral character as she exhibits respectful behavior toward older adults, seniors, friends, and law enforcement. I am always greeted by Carla with a warm friendly smile reflective of her gregarious personality.

Interestingly, Carla loves her pets, two dogs, a cat, and treats them in an admirable capacity, with love and care, as though they are siblings, and they too have developed love for their masters.

Carla has a work ethic like older mature adults with a record of getting to work on time, handling transactions honestly with a cut above the rest of the employees.

I have observed that Carla is cooperative and cheerful when performing household chores for her grandfather, Bill.

Regarding Carla's educational goals, Three Rivers Community College professors have related to me that Carla is an excellent student with the goal of becoming an electrical engineer.

I esteem it an honor and privilege to be in association with such a great family and have the utmost respect and care for Carla because she is, indeed, the kind of citizen that we are desirous of in this country today.

Regards,

*W. Horner*

Wilson H. Horner, Proprietor