

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 21, 2022

Hon. Beryl A. Howell
Chief Judge
District of Columbia
333 Constitution Ave. NW
Washington, D.C. 20530

      Re:    *United States v. Carla Krzywicki and Jean Lavin*
             Case No. 21-cr-596

Dear Chief Judge Howell:

The government's sentencing memorandum in this case contains an error concerning the restitution amount owed to the Architect of the Capitol as a result of the Capitol siege on January 6, 2021. At page 13 of the memoranda, the government stated that the Architect of the Capitol sustained $1,234,354.01 in losses.  That amount was a typographical error. According to documents the U.S. Attorney's Office received from the Architect of the Capitol, the actual amount is $1,124,354.01, a difference of $110,000.

That typographical error, however, does not change the total amount of restitution owed. The total amount of damage to the Capitol Building set forth in the government's sentencing memorandum, representing losses to the Architect of the Capitol, the House Administrative Officer, the Secretary of the Senate, and the Senate Sergeant at Arms, is correctly stated in our sentencing memorandum as $1,574,213.89. That figure demonstrates that the sum of all damages to the Capitol Building was calculated with the accurate amount for the Architect of the Capitol, but the amount of loss sustained by the Architect was erroneously stated in the sentencing memorandum.

The government has reviewed the figures set forth in its sentencing memorandum for losses sustained by the U.S. Capitol Police and determined that those figures are all accurate. Thus, the total restitution amount related to the events of January 6 at the Capitol is correctly stated as $2,734,783.15.

The government notes that it included that incorrect number in its sentencing memoranda in several other cases before this Court. We will file similar errata letters in those cases.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By: /s/ *Douglas G. Collyer*
    Douglas G. Collyer
    Assistant United States Attorney (Detailee)
    NDNY Bar No.: 519096
    14 Durkee Street, Suite 340
    Plattsburgh, New York 12901
    (518) 314-7800
    Douglas.Collyer@usdoj.gov